[No. 33613-4-I.   Division One.   September 5, 1995.]

WEEDEN'S TELEVISION RENTAL, INC., *Appellant,* v.
THE TOWN OF CLYDE HILL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-01462-9, Charles W. Mertel, J., entered
October 2, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Seinfeld, C.J., and Coleman, J.


[No. 33665-7-I.   Division One.   September 5, 1995.]

MARLOW KREIN, ET AL., *Respondents,* v. NORDSTROM,
*Defendant,* WILLIAM R. LEVINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-22046-1, Liem E. Tuai, J., entered
October 6, 1993. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Cox, J.
Now published at 80 Wn. App. 306.


[No. 34299-1-I.   Division One.   September 5, 1995.]

JACK T. NAWROCKI, ET AL., *Appellants,* v. EDWARD
FINLAN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-00298-4, George E. McIntosh, J., entered
April 15 and May 31, 1994. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Grosse and Agid, JJ.


[No. 34418-8-I.   Division One.   September 5, 1995.]

ROBERT W. HARRINGTON, *Appellant,* v. THE
DEPARTMENT OF LABOR & INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 93-2-12032-0, Anne L. Ellington, J., entered
March 7, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Agid, JJ.